# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DERRICK L. WALKER,**

 **Plaintiff,**

**v.**               **Case No. 1:19-cv-190-AW-GRJ**

**CITY OF GAINESVILLE, et al.**

 **Defendants.**

_____/

## **ORDER OF DISMISSAL**

 I have considered the magistrate judge's April 15, 2020 Report and Recommendation, ECF No. 17, and I have reviewed de novo the Plaintiff's objections, ECF No. 18. I have determined that the report and recommendation should be approved, and it is adopted as the court's order. The case will be dismissed because there is not complete diversity of the parties, and there is no basis for arising-under jurisdiction. The State of Florida's limited waiver of sovereign immunity (ECF No. 18 at 6) does not affect this court's lack of subject-matter jurisdiction. And to the extent Plaintiff now contends that there is a federal claim under 42 U.S.C. § 1985, no such claim appears in his complaint—even read liberally. Nor would any of the facts he alleged support such a claim.

The clerk will enter a judgment that says, "This case is dismissed for lack of subject-matter jurisdiction." The clerk will then close the file.

SO ORDERED on May 7, 2020.

s/ *Allen Winsor*  
United States District Judge